IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>CENTER CITY HEALTHCARE LLC, d/b/a )<br>HAHNEMANN UNIVERSITY HOSPITAL, )<br>et al., )<br>)<br>　　　　　　Debtors. )<br>_____ )<br>CENTER CITY HEALTHCARE, LLC, )<br>d/b/a HANEMANN UNIVERSITY )<br>HOSPITAL, PHILADELPHIA ACADEMIC )<br>HEALTH SYSTEM, LLC, ST. )<br>CHRISTOPHER'S HEALTHCARE, LLC )<br>and SCHC PEDIATRIC ASSOCIATES, LLC,)<br>)<br>　　　　　　Appellants, )<br>)<br>　　v. )<br>)<br>MEDLINE INDUSTRIES, INC., )<br>)<br>　　　　　　Appellee. )<br>_____ ) | Chapter 11<br><br>Bankruptcy Case No. 19-11466-MFW<br>Bankr. BAP No. 24-0051<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Civil Action No. 24-1019-CFC |

**ORDER**

At Wilmington, Delaware, this **11th day of October 2024**,

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation and the Court agrees;

1

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation and setting the following appellate briefing schedule (agreed to by the parties):

| | |
|---|---|
| Appellants' Opening Brief: | October 31, 2024 |
| Appellee's Opening Brief: | December 12, 2024 |
| Appellants' Reply Brief: | January 17, 2025 |

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE