IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, | ) | |
| d/b/a HAHNEMANN UNIVERSITY | ) | Bankruptcy Case No.: |
| HOSPITAL, et al., | ) | 19-11466 (MFW) |
| | ) | Bankr. BAP No. 24-00051 |
| Debtor. | ) | |
| | ) | |
| CENTER CITY HEALTHCARE, LLC, d/b/a | ) | |
| HAHNEMANN UNIVERSITY HOSPITAL, | ) | |
| PHILADELPHIA ACADEMIC HEALTH | ) | |
| SYSTEM, LLC, ST. CHRISTOPHER'S | ) | |
| HEALTHCARE, LLC and SCHC | ) | |
| PEDIATRIC ASSOCIATES, LLC, | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-1019-CFC |
| | ) | |
| MEDLINE INDUSTRIES, INC., | ) | |
| | ) | |
| Appellee. | ) | |

**ORDER**

At Wilmington this 16th day of October, 2024, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the

1

appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **October 31, 2024.**

2. Appellee's brief in opposition to the appeal is due on or before **December 12, 2024.**

3. Appellants' reply brief is due on or before **January 17, 2025.**

_____
Chief Judge